O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA STELLA ROCHA,<br><br>                Plaintiff,<br><br>   vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>                Defendant. | CASE NO. SA CV 13-00904 RZ<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: September 15, 2014

*[signature]*

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE